United States Courts Southern
District of Texas
FILED
05/02/2021
Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
Vs.
**Alvaro Vazquez-Ruiz**

**CRIMINAL COMPLAINT**

Case Number: C-21-513M

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **May 2, 2021** (Date) in **Brooks** County, in the Southern District of Texas, defendant, **Alvaro Vazquez-Ruiz**,

did knowingly or in a reckless disregard of the fact that an alien had come to, entered, or remained in the United States in violation of law, transport, or move or attempt to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law

in violation of Title **8** United States Code, Section(s) **1324**.
I further state that I am a(n) **Border Patrol Agent** (Official Title) and that this complaint is based on the following facts:

See Attached Affidavit of U.S. Border Patrol Agent **Joe Gonzalez**

Continued on the attached sheet and made a part of this complaint: [X] Yes [ ] No

Signature of Complainant
**Joe Gonzalez**
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on the:

May 2, 2021
Date

at    Corpus Christi, Texas
City and State

**Julie K. Hampton  U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer

# AFFIDAVIT

The information contained in this report/affidavit is based upon my personal participation in the investigation, which included, but is not limited to information relayed to me by other agents and officers participating in the investigation.

**FACTS/DETAILS:**
On May 2, 2021, at approximately 6:00am, a Border Patrol Agent assigned to conduct immigration inspections at the United States Border Patrol Checkpoint in Falfurrias, Texas was working a primary inspection lane when a white Ford F350 approached for inspection. The driver, later identified as Alvaro VAZQUEZ-Ruiz, was determined to be a United States citizen. The primary agent looked in the back seat area and could see a shoulder among scattered blankets and clothes. The primary agent asked VAZQUEZ for consent to open the back door for closer inspection and VAZQUEZ gave consent. Upon opening the back door, the agent could see the top of a person's head. This subject was later identified as Melanie Lizeth GARCIA-Isais. Agents determined GARCIA was a citizen and national of Mexico with no documentation to be in the United States legally. The driver, VAZQUEZ, and the female subject, GARCIA, were arrested and escorted into the secure area of the checkpoint for further investigation.

After VAZQUEZ was escorted inside the checkpoint, VAZQUEZ made an excited utterance of the presence of an additional person concealed inside an external diesel fuel tank in the bed of the truck. Agents searched the tank and found Sandor Esmelin ZALAVARRIA-Flores. Agents determined ZALAVARRIA was a citizen and national of Honduras with no documentation to be in the United States legally. ZALAVARRIA was arrested and escorted into the secure area of the checkpoint for further investigation.

**MIRANDA RIGHTS WARNING:**
Subjects were read their rights in their preferred language and signed accordingly that they understood their rights.

**Defendant: Alvaro VAZQUEZ-Ruiz**
VAZQUEZ stated he met an individual named Eduardo through mutual friends and later continued communication through the application named Telegram. Eduardo made VAZQUEZ a proposition of making money through smuggling illegal aliens through the U.S. Border Patrol Checkpoint. VAZQUEZ stated Eduardo offered him $1500.00 a head. Eduardo and VAZQUEZ planned for VAZQUEZ to pick up two subjects at the Red Fin Hotel in McAllen, Texas at 5:00am. VAZQUEZ stated that prior to going to the hotel, he came up with the idea to hide an alien by making a fuel tank into a compartment in the bed of his truck. When he arrived at the hotel, two subjects came out to meet him. The female subject he placed under the backseat of the cab and the male subject he placed in the secret compartment he made in the diesel fuel tank. VAZQUEZ-Ruiz stated the female subject spoke casually to him from her hiding spot, but upon approaching the checkpoint, he instructed her to remain calm and stay still.

While being transported to the U.S.B.P. Station VAZQUEZ stated he was instructed to smuggle the two subjects through the checkpoint and upon completion of the crossing he would be sent a specific address where to drop them off. VAZQUEZ stated he only knew it was in the Houston, Texas area.

**DISPOSITION:**
The facts of this case were presented to the Assistant United States Attorney Office who accepted Asner Benet LAWRENCE for prosecution of 8 USC 1324, Alien Smuggling. Melanie Lizeth GARCIA-Isais will be held as a Material Witness.

Joe Gonzalez
Border Patrol Agent

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on this day May 2, 2021

Julie K. Hampton
United States Magistrate Judge